IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY ELIZABETH VAVRA,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDEN STARK LLC, a Delaware limited liability company;<br><br>Defendant. | 8:25CV591<br><br>ORDER |

This matter is before the court on the parties' Joint Stipulation to Stay Proceedings Pending Arbitration. (Filing No. 13). The parties jointly stipulate to a stay in favor of mandatory binding arbitration. After review,

IT IS ORDERED:

1. The parties' Joint Stipulation to Stay Proceedings Pending Arbitration (Filing No. 13) is granted. This case is stayed pending arbitration between the parties.
2. Beginning March 3, 2026 and every 90 days thereafter, the parties shall file a status report advising the court of the status of the arbitration proceedings.

Dated this 3rd day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge