IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY ELIZABETH VAVRA, | **8:25CV591** |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| WYNDEN STARK LLC, a Delaware limited liability company; | |
| Defendant. | |
| | |
| AMY ELIZABETH VAVRA, | **8:26CV122** |
| Plaintiff, | |
| vs. | **ORDER** |
| WYNDEN STARK LLC, a Delaware limited liability company; | |
| Defendant. | |

This matter comes before the court on the Parties' Joint Stipulation to Lift Stay and Joint Motion to Consolidate Cases. (Filing No. 26). Having reviewed the matter, the court finds that the stay in 8:25-cv-591 should be lifted and that consolidation pursuant to

Fed.R.Civ.P. 42(a) is warranted. Accordingly, the parties' joint motion to consolidate will be granted as follows.

IT IS ORDERED:

1. The Joint Motion to Consolidate in 8:25-cv-591 (Filing No. 26) is granted and the above-captioned are consolidated for all purposes.

2. Case No. 8:25-cv-591 will be designated as the "Lead Case" and Case No. 8:26-cv-122 will be designated as a the "Member Case."

3. The court's CM/ECF system has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file all further documents (except as described below in subsections a. and b. of this paragraph) in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

   a. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal. Attempting to do so will cause a system error, and therefore these documents must be separately filed in each of the lead and member cases. When filing such documents, counsel may either file the document separately in each case, or file the document in the Lead Case and ask the court to then file it in all member cases.

   b. If a party believes a document in addition to those described herein should not be filed in the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

4. As agreed by the parties:

   a. Plaintiff shall file an Amended Complaint, consolidating the pleadings and claims in these cases, on or before April 14, 2026.

b. Defendant shall file its Consolidated Answer or other responsive pleading within twenty-one (21) days from the filing of Plaintiff's Amended Complaint.

5. The Joint Stipulation to Lift Stay is granted. The Clerk's Office is directed to lift the stay in Case No. 8:25-cv-591.

6. The Clerk is also directed to cancel the Status Conference scheduled on April 9, 2026 at 11:30 a.m. in Case No. 8:25-cv-591. The matter will be set for further status call after the matter is progressed.

Dated this 7th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge